| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 11 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER  \*\*AMENDED\*\*** | DEPUTY CLERK Ivy Lerma Garcia | LIBERTY DIGITAL RECORDING 11:35-11:46 | |
| CHIEF MAGISTRATE JUDGE DONNA M. RYU | DATE 8/22/23 | NEW CASE ☐ | CASE NUMBER 4:23-cr-00269-AMO-2 |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ |
|---|---|---|---|---|---|
| ERIC ALLEN ROMBOUGH | | NO | P | Patrick Delahunty (Spec. Appear.) | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|
| Alethea Sargent | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Shafia Khanoon | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HRG./BOND SIGNING OF SURETY HELD 11 mins. | ☐ IA REV ON S/R | ☐ OTHER |
| ☐ DETENTION HRG. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED $100,000 APPEARANCE BOND SECURED (MODIFIED BY SIGNING OF SURETY) | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☒ OF CASSIDY ROMBOUGH 1692 Rockville Road, Fairfield, CA - property posting extended from 8/24/23 to 8/31/23 |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/31/23 (Already set) | ☒ ATTY APPT HEARING (PRIVATE) | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE: PRELIM. HRG./ ARRAIGNMENT ———— ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. D. M. RYU | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ STATUS ON PENDING SUP. REL. VIOLS. |

### ADDITIONAL PROCEEDINGS

Given the info. from the Govt's Counsel that the last Co-deft. Devon Wegner has appeared on a Rule 5 in the Dist. of Hawaii on 8/21/23, the court granted the Govt's motion to unseal this entire case. Court informed Cassidy Rombough (Deft's Significant Other) re: her rights & obligations, and she agreed to sign the Bond as a Surety/Co-signer and to post her property to secure the Deft's Bail by 8/31/23.