AO 442 (Rev. 11/11) Arrest Warrant

2311-0817-1132-J

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

11585313

United States of America
v.
MORTEZA AMIRI,
ERIC ALLEN ROMBOUGH, and
DEVON CHRISTOPHER WENGER

Case No. 4:23-cr-00269 AMO

*Defendant*

## ARREST WARRANT

**FILED**
AUG 2 2 2023 /m
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ERIC ALLEN ROMBOUGH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 241 – Conspiracy Against Rights
18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

Date: 08/16/2023

*Issuing officer's signature*

City and state: San Francisco, California

Hon. Lisa J. Cisneros
*Printed name and title*

### Return

This warrant was received on *(date)* 8/16/23, and the person was arrested on *(date)* 8/17/23
at *(city and state)* _____.

Date: 8/17/23

*Arresting officer's signature*

Thay Zobach   SPECIAL AGENT FBI
*Printed name and title*

73544-510

63617205