PATRICK R. DELAHUNTY (CA Bar No. 257439)
pdelahunty@delawllp.com
WILLIAM J. EDELMAN (CA Bar No. 285177)
wedelman@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 891-6210
Fax:   (415) 891-6256

*Attorneys for Defendant Eric Allen Rombough*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-CR-269 AMO |
| Plaintiff, | STIPULATION TO VACATE AUGUST 31, 2023 HEARING AND SET STATUS HEARING FOR SEPTEMBER 18, 2023 AND ORDER |
| v. | |
| ERIC ALLEN ROMBOUGH, | |
| Defendant. | |

The parties hereby stipulate that the attorney appointment status hearing currently set for August 31, 2023 be vacated and the case set for status in front of Judge Martínez-Olguín on September 18, 2023 at 2:00 p.m.

The purpose of the currently-scheduled August 31, 2023 hearing was to clarify whether defendant Rombough had secured counsel able to enter a general appearance. The parties and the Court discussed and agreed on the record during an August 22, 2023 surety bond signing hearing that the August 31 hearing could be vacated in the event that counsel entered a general appearance for defendant Rombough. Undersigned counsel has entered a general appearance. ECF No. 20. The August 31, 2023 hearing should therefore be vacated.

At the initial appearance conference held on August 17, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare. For this reason and as further stated on the record at the status conference and

reflected in a written stipulation on the docket (ECF No. 11), the parties stipulated and agreed that excluding time until September 18, 2023 would allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court ordered the exclusion of time. ECF No. 11.

The parties selected the September 18, 2023 date because that is the date that other defendants in this case are set for a status hearing in front of Judge Martínez-Olguín. The docket, however, does not currently reflect that this matter is set for a status hearing on the same date. The parties agree that this matter should be set for status before Judge Martínez-Olguín on September 18, 2023 at 2:00 p.m.

The undersigned counsel certifies that he has obtained approval from the Assistant United States Attorney to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 30, 2023

/s/
ALETHEA SARGENT
Assistant United States Attorney

DATED: August 30, 2023

/s/
WILLIAM J. EDELMAN
Counsel for Defendant ERIC ALLEN ROMBOUGH

ORDER

Based upon the facts set forth in the stipulation of the parties, the stipulation to exclude time (ECF No. 11), the general appearance filed by attorney Edelman (ECF No. 20), and the representations made to the Court on August 17, 2023 and August 22, 2023 and for good cause shown, the Court vacates the attorney appointment hearing scheduled for August 31, 2023. Further, the Court sets this matter for a status hearing before Judge Martínez-Olguín on September 18, 2023 at 2:00 p.m.

IT IS SO ORDERED.

DATED: August 30, 2023

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

STIP. TO VACATE AUG. 31, 2023 HR'G AND SET STATUS HR'G FOR SEPT. 18, 2023
Case No. 23-cr-269 AMO