UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> MORTEZA AMIRI, et al. <br><br> Defendant. | Case No.  23-cr-00269-JSW <br><br> **ORDER REGARDING UPCOMING STATUS HEARING AND REQUIRING JOINT STATUS REPORT** |

This case is scheduled for an initial status conference, and the Court will return to holding status conferences in person.  If the Defendant wishes to waive their appearance for the upcoming status conference, counsel for the defendant shall file the appropriate waiver with the Court.

The Court FURTHER ORDERS the parties to file a joint status report addressing the issues below **one week** prior to the status conference.  If the parties intend to request a continuance of the upcoming status hearing, they shall clearly state that in the caption of the report and shall file a proposed order for the Court's consideration and email a Microsoft Word version to the JSWPO@cand.uscourts.gov email address.

1. The current status of any proceedings regarding discovery and an estimate of when the parties will be able to deadlines for motions and/or trial.

2. If known, whether the parties anticipate filing any motions and whether they anticipate requesting an evidentiary hearing.  Similarly, if a defendant intends to contest a supervised release charge, the parties shall provide the Court with information about the scope of any evidentiary hearing necessary to resolve the charges.

3. If the parties intend to resolve the matter by way of a plea or admission to a supervised release violation, they shall be prepared to advise the Court whether they would be

willing to proceed with a combined plea/admission and sentencing hearing and, if so, whether they would consent to the Court meeting with the Probation Officer in advance of that hearing.

IT IS SO ORDERED.

Dated: September 7, 2023

_____
JEFFREY S. WHITE
United States District Judge