```
Paul Q. Goyette (SBN 137250)
GOYETTE, RUANO & THOMPSON, INC.
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: Paul@grtlaw.com
```

Attorneys for Defendant,
MORTEZA AMIRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI,<br><br>       Defendants. | Case No. 23-cr-00269 DMR<br>              23-cr-00264<br><br>**MOTION FOR DEFENDANT'S REQUEST TO TRAVEL** |

Defendant MORTEZA AMIRI by and through his counsels of record Paul Goyette and Timothy Crudo, with the assent of Assistant United States Attorney Eric Cheng and United States Pretrial Services Officer Kalisi Kupu, moves for an Order granting Mr. Amiri's request to leave the Northern District from May 1, 2024, through May 4, 2024, and travel by car to attend a close friend's wedding in Escondido, California. Mr. Amiri will be accompanied by his wife. The wedding is scheduled for May 2, 2024, and will be located at 1859 Abby Lane, Escondido, California. Mr. Amiri will be staying at Extended Stay American Premier Suites located at 1480 Grand Avenue, San Marcos, California, 98078.

Counsel has informed Mr. Cheng and Ms. Kupu of this request. Neither opposed the request.

DATED: April 4, 2024

_____
PAUL Q. GOYETTE
Attorney for Defendant in 23-cr-00269,
Morteza Amiri

DATED: April 4, 2024

_____
TIMOTHY CRUDO
Attorney for Defendant in 23-cr-00264,
Morteza Amiri