Paul Q. Goyette (SBN 137250)
**GOYETTE, RUANO & THOMPSON, INC.**
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
Email: Paul@grtlaw.com

Attorneys for Defendant,
MORTEZA AMIRI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORTEZA AMIRI,<br><br>Defendants. | Case No. 23-cr-00269 DMR<br>23-cr-00264<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL** |

GOOD CAUSE APPEARING, upon agreement of the parties and pretrial services, Defendant Morteza Amiri is permitted to travel from May 1, 2024, through May 4, 2024, to 1480 Grand Avenue, San Marcos, California, 98078, to attend a wedding located at 1859 Abby Lane, Escondido, California on May 2, 2024.

IT IS SO ORDERED:

Date:_____

_____
HONORABLE DONNA M. RYU
United States District Judge