1  PATRICK R. DELAHUNTY (CA Bar No. 257439)
   pdelahunty@delawllp.com
2  WILLIAM J. EDELMAN (CA Bar No. 285177)
   wedelman@delawllp.com
3  DELAHUNTY & EDELMAN LLP
   4 Embarcadero Center, Suite 1400
4  San Francisco, CA 94111
   Tel:    (415) 891-6210
5  Fax:   (415) 891-6256

6  *Attorneys for Defendant Eric Allen Rombough*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-CR-269-JSW |
| Plaintiff, | NOTIFICATION OF COUNSEL'S INTENTION TO MOVE TO WITHDRAW WITH REPLACEMENT COUNSEL |
| v. | |
| ERIC ALLEN ROMBOUGH, | |
| Defendant. | |

Undersigned defense counsel for Defendant Eric Allen Rombough hereby notifies the Court that counsel intends to move to withdraw from the above-captioned matter in advance of current pre-trial deadlines. Counsel requests the Court set a status conference to discuss pending deadlines and status of counsel for Defendant Rombough the week of May 20, 2024 at the Court's convenience.

To remind the Court, at the April 30, 2024 status conference, the Court set a pretrial motion deadline of May 30, 2024 and related briefing deadlines (ECF No. 91), as well as a trial date in mid-February 2025. (ECF Nos. 91, 92.)

Undersigned counsel has encountered personal and health problems that prevent counsel from continuing to represent clients at this time. This issue is not specific to this case. Rather, counsel is withdrawing from (and identifying replacement counsel in) every criminal case in which counsel has appeared. Undersigned counsel is not preparing substantive filings in any pending cases. Counsel notified the government earlier this week of counsel's intention to withdraw. The parties did not agree

on a suggested remedy at this time until replacement counsel has been identified. The parties did, however, agree that the Court should be notified given the existence of the above-referenced time-sensitive deadlines in a multi-defendant case and the Court's expressed desire at that status hearing that this case move forward efficiently.

Undersigned counsel has been in contact this week with potential replacement counsel, which is a process involving some administrative delays due to details of coverage for peace officers charged with crimes arising from alleged on-duty conduct. Undersigned counsel intends that replacement counsel will file an appearance as soon as possible, which will permit undersigned counsel to file a withdrawal motion.

In the interim, however, undersigned counsel suggests the Court set a status conference regarding Defendant Rombough in advance of the current May 30, 2024 pretrial motion deadline to discuss the status of counsel and pending deadlines.

Respectfully submitted,

DATED: May 17, 2024

                /s/
WILLIAM J. EDELMAN
Counsel for Defendant ERIC ALLEN ROMBOUGH