ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    eric.cheng@usdoj.gov
    ajay.krishnamurthy@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC ALLEN ROMBOUGH,<br><br>    Defendant. | CASE NO.    4:23-cr-00269 JSW-2<br><br>**ORDER APPROVING** STIPULATION TO SET CHANGE OF PLEA HEARING AND [PROPOSED] ORDER<br><br>Re: Dkt. No. 234 |

It is hereby stipulated by and between counsel for the United States and the undersigned counsel for Defendant Eric Allen Rombough that the above-captioned matter be set for change of plea on January 14, 2025 at 1:00 pm.  The parties expect to reach a proposed resolution and have been informed that this date is available to set a change of plea hearing before the Court.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED:  January 9, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


            /s/  Eric Cheng
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys


            /s/ Tony Brass
ANTHONY BRASS
Counsel for Defendant ERIC ALLEN ROMBOUGH

**[PROPOSED] ORDER**

Good cause appearing, and with consent of the parties, the above-captioned matter is set for change of plea on **January 14, 2025 at 1:00 pm**.

**IT IS SO ORDERED.**

DATED: January 9, 2025

HON. JEFFREY S. WHITE
Senior United States District Judge

STIPULATION [PROPOSED] ORDER
4:23-cr-00269 JSW-2

2