1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   ALEXANDRA SHEPARD (CABN 205143)
6  Assistant United States Attorneys

7      1301 Clay Street, Suite 340S
       Oakland, California 94612
8      Telephone: (510) 637-3680
       FAX: (510) 637-3724
9      Eric.Cheng@usdoj.gov
       Ajay.Krishnamurthy@usdoj.gov
10     Alethea.Sargent@usdoj.gov
       Alexandra.Shepard@usdoj.gov
11
   Attorneys for United States of America
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                             OAKLAND DIVISION

16  UNITED STATES OF AMERICA,            ) Case No. 23-CR-00269 JSW
                                         )
17          Plaintiff,                   ) **JOINT STATEMENT REGARDING JUROR**
                                         ) **PRE-EXCUSALS**
18      v.                               )
                                         )
19  MORTEZA AMIRI and                    )
    DEVON CHRISTOPHER WENGER,            )
20                                       )
            Defendants.                  )
21  _____)

22

23      Pursuant to the Court's Order (Dkt. 327), the parties submit the following recommendations

24  regarding jurors who should be excused prior to voir dire.

25  //

26  //

27  //

28
    JOINT STATEMENT REGARDING JUROR PRE-EXCUSALS
    23-CR-00269 JSW                              1

| Juror | Government | Def. Amiri | Def. Wenger |
|---|---|---|---|
| 91 | Hardship | Hardship, Cause | Cause |
| 92 | | | No questionnaire attached for 92 |
| 93 | | Cause | Cause |
| 94 | | | Cause |
| 95 | | | Cause |
| 97 | Hardship | Hardship | |
| 98 | | Hardship, Cause | |
| 99 | Hardship | Hardship | Hardship, Cause |
| 100 | Hardship | Hardship, Cause | Hardship, Cause |
| 101 | | | Hardship, Cause |
| 102 | | Hardship | |
| 103 | Hardship | Hardship, Cause | Cause |

DATED:  February 25, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

　　　　/s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED:  February 25, 2025

GOYETTE, RUANO & THOMPSON

　　　　/s/
PAUL GOYETTE
JANELLE CRANDELL
Attorneys for Defendant MORTEZA AMIRI

DATED: February 25, 2025

Respectfully submitted,

SEKI, NISHIMURA & WATASE, PLC

    /s/
NICOLE LOPES
Attorney for Defendant DEVON WENGER

JOINT STATEMENT REGARDING JUROR PRE-EXCUSALS
23-CR-00269 JSW                         3