1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
7      1301 Clay Street, Suite 340S
       Oakland, California 94612
       Telephone: (510) 637-3680
8      FAX: (510) 637-3724
       eric.cheng@usdoj.gov
9      ajay.krishnamurthy@usdoj.gov
       alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                            OAKLAND DIVISION
15

16  UNITED STATES OF AMERICA,           )  CASE NO.    4:23-cr-00269 JSW-2
                                        )
17         Plaintiff,                   )  JOINT STATUS REPORT AND STIPULATION TO
                                        )  CONTINUE STATUS CONFERENCE;
18      v.                              )  [PROPOSED] ORDER
                                        )
19  ERIC ALLEN ROMBOUGH,                )
                                        )
20         Defendant.                   )
                                        )
21

22      Defendant Eric Allen Rombough pleaded guilty in this case on January 14, 2025. This matter is

23  set for a status hearing regarding sentencing on April 22, 2025.

24      In March 2025, Mr. Rombough testified at trial in *United States v. Amiri et al.*, Case No. 23-CR-

25  269 JSW. The parties expect Mr. Rombough to testify as a witness in the retrial of *United States v.*

26  *Devon Wenger*, Case No. 23-CR-269 JSW-3, which is currently set for trial on July 21, 2025.

27  Accordingly, the parties are not yet ready to set a sentencing hearing in this matter and the parties

28  stipulate and agree that, with the Court's permission, the currently-scheduled status conference be

continued approximately four months to August 19, 2025 for further status on sentencing.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: April 14, 2025 | Respectfully submitted, |
| | PATRICK D. ROBBINS<br>Acting United States Attorney |
| | _/s/_<br>ERIC CHENG<br>AJAY KRISHNAMURTHY<br>ALETHEA SARGENT<br>Assistant United States Attorneys |
| | _/s/_<br>ANTHONY BRASS<br>Counsel for Defendant ERIC ALLEN ROMBOUGH |

### [PROPOSED] ORDER

Based upon the facts and representations set forth in the stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that the status conference currently set for April 15, 2025 be continued to **August 19, 2025, at 1:00 p.m.** for further status on sentencing. The parties shall file an updated joint status report, or a stipulation to request to continue the status conference, by August 12, 2025.

**IT IS SO ORDERED.**

DATED: _____

HON. JEFFREY S. WHITE
United States District Judge