**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
**tony@brasslawoffice.com**

Attorney for Defendant
ERIC ALLEN ROMBOUGH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ERIC ALLEN ROMBOUGH,<br><br>    Defendants. | Case No.: 23-cr-00269-JSW-2<br><br>[PROPOSED] ORDER FOR TRAVEL<br><br>Re: Dkt. No. 457 |

   GOOD CAUSE APPEARING, It Is Hereby Ordered that Defendant Eric Allen Rombough may travel to the Southern District of Texas to visit his sister in Hockley, Texas, Harris County and The Arizona District Court, Phoenix Arizona for work. Mr. Rombough will travel from Sacramento, California to Hockley, Texas on May 15, 2025, through May 19, 2025, staying with his sister at 23511 Hay Rake Court, Hockley, Texas 77447. On May 20, 2025, Mr. Rombough will travel from Hockley, Texas to Phoenix, Arizona. He will be working in his company office, staying at 2350 E. River View Ste 150. Phoenix, Arizona 85034. He will then return to Sacramento, California on May 22, 2025.

Mr. Rombough will provide a full itinerary to his pretrial services officer before departure.

IT IS SO ORDERED.

DATED: May 14, 2025

