1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   ALETHEA M. SARGENT (CABN 288222)
5  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorneys

6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        Eric.Cheng@usdoj.gov
9       Alethea.Sargent@usdoj.gov
        Alexandra.Shepard@usdoj.gov

10
   Attorneys for United States of America

11
                       UNITED STATES DISTRICT COURT

12
                    NORTHERN DISTRICT OF CALIFORNIA

13
                            OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,            )  CASE NO. 4:23-CR-00267 JSW
                                         )
16       Plaintiff,                      )  JOINT STATUS REPORT AND STIPULATION TO
                                         )  VACATE STATUS, SET SENTENCING
17    v.                                 )  HEARING, AND REFER TO PROBATION FOR A
                                         )  PRESENTENCE REPORT; AND [PROPOSED]
18  TIMOTHY ALLEN MANLY WILLIAMS,        )  ORDER
                                         )
19       Defendant.                      )   Re: Dkt. No. 62
                                         )
20  _____ )
                                         )
21  UNITED STATES OF AMERICA,            )  CASE NOS.   4:23-CR-00268 JSW-1
                                         )              4:24-CR-00502 JSW
22       Plaintiff,                      )
                                         )  JOINT STATUS REPORT AND STIPULATION TO
23    v.                                 )  VACATE STATUS, CONSOLIDATE AND SET
                                         )  SENTENCING HEARING, AND REFER TO
24  DANIEL JAMES HARRIS,                 )  PROBATION FOR A PRESENTENCE REPORT;
                                         )  AND [PROPOSED] ORDER
25       Defendant.                      )
                                         )
26  _____ )   Re: Dkt. Nos. 237 (-268), 17 (-502)

27

28

    STIPULATION AND PROPOSED ORDER

1
2
3
4
5
6
7

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

ERIC ALLEN ROMBOUGH,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.    4:23-CR-00269 JSW-2

JOINT STATUS REPORT AND STIPULATION TO
VACATE STATUS, SET SENTENCING
HEARING, AND REFER TO PROBATION FOR A
PRESENTENCE REPORT; AND ~~[PROPOSED]~~
ORDER

Re: Dkt. No. 605

8      Each of the above-captioned cases are set for status conference hearings on October 7, 2025.

9      Defendant Timothy Allen Manly Williams pleaded guilty to destruction, alteration, and

10 falsification of records in federal investigations; obstruction of official proceedings; and deprivation of

11 rights under color of law on November 28, 2023.  Defendant Manly Williams testified in *United States*

12 *v. Morteza Amiri*, Case No. 23-CR-269 JSW-1 in March 2025.

13      Defendant Daniel James Harris pleaded guilty to conspiracy to distribute anabolic steroids;

14 possession of anabolic steroids with the intent to distribute; and attempted possession of anabolic

15 steroids with the intent to distribute in case number 23-CR-00268 JSW-1; and pleaded guilty to bank

16 fraud in case number 24-CR-00502 JSW; on September 17, 2024.  Defendant Harris testified in *United*

17 *States v. Devon Wenger*, Case No. 23-CR-268 JSW-2 in April 2025.

18      Defendant Eric Allen Rombough pleaded guilty to conspiracy against rights and deprivation of

19 rights under color of law on January 14, 2025.  Defendant Rombough testified in *United States v.*

20 *Morteza Amiri*, Case No. 23-CR-269 JSW-1 in March 2025 and *United States v. Devon Wenger*, Case

21 No. 23-CR-269 JSW-3 in September 2025.

22      Since the setting of the October 7, 2025 status conference hearings, Devon Wenger was

23 convicted at trial in *United States v. Devon Wenger*, Case No. 23-CR-269 JSW-3 and his consolidated

24 sentencing hearing has been set for December 2, 2025.

25      The parties in the above-captioned cases are therefore ready to set sentencing hearings and the

26 parties stipulate and agree that, with the Court's permission, the currently-scheduled status conference

27 hearings be vacated and sentencing hearings be set (including by consolidating proceedings for

28 Defendant Harris in 23-CR-00268 JSW-1 and 24-CR-00502 JSW for purposes of sentencing) on

STIPULATION AND ~~PROPOSED~~ ORDER

1 **January 13, 2026**. The parties also stipulate and agree that the Court refer each of the defendants to

2 United States Probation for preparation of presentence investigation reports in advance of sentencing.

3      The undersigned Assistant United States Attorney certifies that he has obtained approval from

4 the undersigned to file this stipulation and proposed order.

5      **IT IS SO STIPULATED.**

6 DATED: September 29, 2025                                  /s/

                                            ERIC CHENG

7                                           ALETHEA SARGENT

                                          ALEXANDRA SHEPARD

8                                           Assistant United States Attorneys

9

10                                  /s/

                                          RANDY SUE POLLOCK

11                                           Counsel for Defendant TIMOTHY ALLEN

                                          MANLY WILLIAMS

12

13

14                                /s/

                                          JAMES P. VAUGHNS

15                                           Counsel for Defendant DANIEL JAMES HARRIS

16

17                                /s/

                                          ANTHONY BRASS

18                                           Counsel for Defendant ERIC ALLEN

                                          ROMBOUGH

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER

1  **[PROPOSED] ORDER**

2      Based upon the facts and representations set forth in the stipulation of the parties, and good cause

3  shown, IT IS HEREBY ORDERED as follows:

4      • The status conference hearings set for October 7, 2025 in each of the above-captioned

5          matters shall be VACATED;

6      • Sentencing for Defendant **Timothy Allen Manly Williams** in Case No. 23-cr-00267 JSW

7          shall be set on **January 13, 2026, at 1:00 p.m.**; the Court also refers this Defendant to

8          United States Probation for preparation of a presentence investigation report;

9      • Regarding Defendant **Daniel James Harris**, the Court CONSOLIDATES Case Nos. 23-CR-

10         00268 JSW-1 and 24-CR-00502 JSW for purposes of sentencing, and a sentencing hearing

11         for both cases shall be set on **January 13, 2026, at 1:00 p.m.**; the Court also refers this

12         Defendant to United States Probation for preparation of a single presentence investigation

13         report applying to both cases;

14     • Sentencing for Defendant **Eric Allen Rombough** in Case No. 23-cr-00269-2 shall be set on

15         **January 13, 2026, at 1:00 p.m.**; the Court also refers this Defendant to United States

16         Probation for preparation of a presentence investigation report.

17     **IT IS SO ORDERED.**

18

19  DATED:  September 30, 2025

20                                              HON. JEFFREY S. WHITE
                                                United States District Judge

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER