**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

Attorney for Defendant
ERIC ALLEN ROMBOUGH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC ALLEN ROMBOUGH, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 23-cr-00269-JSW-2 <br><br> MOTION FOR DEFENDANT'S REQUEST FOR TRAVEL |

Defendant Eric Allen Rombough by and through his counsel of record, Anthony Brass, moves for an order granting Mr. Rombough's request to travel to the Southern District of Texas to visit his sister in Hockley, Texas, Harris County. Mr. Rombough will travel from Sacramento, California to Hockley, Texas on November 19th, 2025, through November 24, 2025, staying with his sister at 23511 Hay Rake Court, Hockley, Texas 77447.

Counsel has informed Assistant United States Attorney Eric Cheng and United States Pre-Trial Services officer Carolyn Truong of this request. Counsel has confirmed that neither oppose this request.

Dated: October 15, 2025

*Anthony Brass*
ANTHONY J. BRASS
Attorney for Defendant
Eric Allen Rombough

**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
**tony@brasslawoffice.com**

Attorney for Defendant
ERIC ALLEN ROMBOUGH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-cr-00269-JSW-2 |
| Plaintiff, | [PROPOSED] ORDER FOR TRAVEL |
| vs. | |
| ERIC ALLEN ROMBOUGH, | |
| Defendants. | |

GOOD CAUSE APPEARING, It Is Hereby Ordered that Defendant Eric Allen Rombough may travel to the Southern District of Texas to visit his sister in Hockley, Texas, Harris County. Mr. Rombough will travel from Sacramento, California to Hockley, Texas on November 19th, 2025, through November 24, 2025, staying with his sister at 23511 Hay Rake Court, Hockley, Texas 77447.

Mr. Rombough will provide a full itinerary to his pretrial services officer before departure.

IT IS SO ORDERED.

DATED:

UNITED STATES DISTRICT COURT