ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

Attorney for Defendant
ERIC ALLEN ROMBOUGH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-cr-00269-JSW-2 |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING |
| vs. | |
| ERIC ALLEN ROMBOUGH, | |
| Defendants. | |

Upon consideration of Defendant Eric Rombough's Motion to Continue Sentencing, and for good cause shown, IT IS HEREBY ORDERED that:

1. The sentencing hearing currently set for **January 13, 2026**, is **CONTINUED to February 10, 2026**.  If the Probation Officer is not available on February 10, 2026, the parties may seek a further continuance.

IT IS SO ORDERED.

DATED:  December 29, 2025

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT