CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov
    Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-CR-00269 JSW-2 |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING; ~~AND [PROPOSED] ORDER~~ |
| v. | |
| ERIC ALLEN ROMBOUGH, | |
| Defendant. | |

STIPULATION AND ~~PROPOSED~~ ORDER

1    Defendant Eric Allen Rombough pleaded guilty to conspiracy against rights and deprivation of
2 rights under color of law on January 14, 2025.  Defendant Rombough testified in *United States v.*
3 *Morteza Amiri*, Case No. 23-CR-269 JSW-1 in March 2025 and *United States v. Devon Wenger*, Case
4 No. 23-CR-269 JSW-3 in September 2025.  This case is currently set for sentencing on February 17,
5 2025.
6    The parties have learned that February 17, 2025 is no longer available for the Court and have
7 conferred with each other and with United States Probation about alternate dates.  The parties
8 accordingly stipulate and agree that, with the Court's permission, the sentencing hearing be continued to
9 **March 24, 2026**.
10   The undersigned Assistant United States Attorney certifies that he has obtained approval from
11 the undersigned to file this stipulation and proposed order.
12   **IT IS SO STIPULATED.**
13 DATED: February 9, 2026

                                    /s/
                                    ERIC CHENG
                                    ALETHEA SARGENT
                                    Assistant United States Attorneys


                                    /s/*by email 2/9/26
                                    ANTHONY BRASS
                                    Counsel for Defendant ERIC ALLEN
                                    ROMBOUGH

STIPULATION AND ~~PROPOSED~~ ORDER

**[PROPOSED] ORDER**

Based upon the facts and representations set forth in the stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED sentencing for Defendant Rombough be continued from February 17, 2026 to **March 24, 2026 at 1:00 pm**. The parties shall file their sentencing memoranda by no later than March 17, 2026 and shall meet and confer regarding restitution to address whether a restitution hearing will be required.

**IT IS SO ORDERED.**

DATED: February 10, 2026

HON. JEFFREY S. WHITE
United States District Judge

cc: USPO Pepper Friesen (by email)

STIPULATION AND PROPOSED ORDER