CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov
    Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.  4:23-CR-00269 JSW-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER REGARDING PAYMENT OF CRIMINAL MONETARY PENALTIES INTO COURT'S REGISTRY BEFORE SENTENCING |
| v. | ) | |
| ERIC ALLEN ROMBOUGH, | ) | |
| Defendant. | ) | |

The United States and Defendant Eric Allen Rombough, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.    In the Plea Agreement entered on January 14, 2025 (Dkt. No. 239), Defendant agreed to pay restitution in an amount to be determined by the Court. Sentencing is scheduled for March 24, 2026.

2.    The government has received a restitution request from victim L.R. in the amount of $3,308. Defendant has agreed and stipulated to this restitution amount.

3.    Counsel for Defendant has further informed counsel for the government that Defendant

1  wishes to deposit his outstanding restitution payment owed of $3,308, plus $300 for mandatory special
2  assessments, into the Court's Registry in advance of the sentencing hearing. The government has no
3  objection to, and agrees with, this request.

4      4.    Accordingly, the parties therefore jointly request that the Court issue the Proposed Order
5  authorizing the Clerk to accept Defendant's payment of criminal monetary penalties at this time.

6      5.    Following the sentencing hearing, the parties anticipate seeking an additional order
7  directing the Clerk to release the Registry funds for payment of Defendant's criminal monetary
8  penalties.

9  The undersigned Assistant United States Attorney certifies that he has obtained approval from
10 counsel for Defendant to file this stipulation and proposed order.

11 **IT IS SO STIPULATED.**

13 DATED: February 16, 2026             Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

    */s/*
ERIC CHENG
ALETHEA SARGENT
Assistant United States Attorneys

    */s/\* by email 2/16/26*
ANTHONY BRASS
Counsel for Defendant ERIC ALLEN
ROMBOUGH

**[PROPOSED] ORDER**

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties into Court's Registry Before Sentencing, the Stipulation having been agreed to and executed by the United States and Defendant Eric Allen Rombough's counsel, and good cause appearing therefore, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Clerk of Court for the Northern District of California shall accept from the defendant a check or money order in the amount of $3,608, made payable to "Clerk, United States District Court," and to hold such funds in the Court's Registry, including interest earned thereon, pending the further order of this Court.

**IT IS SO ORDERED.**

DATED: February 19, 2026

_____
HON. JEFFREY S. WHITE
Senior United States District Judge

cc: Finance Office (by email)