United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC ROMBOUGH and DEVON WENGER,<br>Defendant. | Case No. 23-cr-00269-JSW-2, 3<br>**ORDER RESOLVING MOTIONS TO SEAL AND INSTRUCTIONS TO PARTIES AND TO CLERK**<br>Re: Dkt. Nos. 692, 726, 734, 735 |

Defendant Devon Wenger filed a motion for an indicative ruling and for a new trial based on a report prepared by Vladimir Bokarius, M.D., Ph.D., QME for co-defendant Eric Rombough in March 2024. Rombough filed a motion to seal Dr. Bokarius' report but did not move to seal his sentencing memorandum, which discusses the report. When the Court issued the Order granting the motion to seal, Rombough's sentencing memorandum and other exhibits were sealed in addition to the Report. The Court ORDERS that Docket Nos. 692-2 through 692-4 shall be unsealed because those documents do not contain sealable information.

On September 8, 2026, the Court Ordered Rombough to show cause why his sentencing memorandum (Docket No. 692) should not be unsealed, in whole or in part, by no later than September 22, 2026. Rombough did not respond. The Court directed that Docket No. 692-1 be sealed, and it shall remain sealed. Having reviewed Rombough's sentencing memorandum, the Court concludes that the following portion should be sealed because it contains information about specific diagnoses and treatment contained in the report: page 7, lines 11 through 27, page 8, lines 2-9, and page 8, lines 24-28. **Rombough shall file a redacted version of his sentencing memorandum by no later than November 3, 2026. If he does not do so, the Court will file a**

United States District Court
Northern District of California

**redacted version in the record.**

The Court DENIES, IN PART, the Government's motion to seal at Docket No. 734 and Defendant's motions to seal at Docket Nos. 726 and 735. The motions to seal and the declarations in support of those motions do not contain information that is sealable. Accordingly, the Court ORDERS that Docket Nos. 726, 726-1, 726-2, 726-3, 734 and 734-1 shall be unsealed in their entirety.

Finally, the Court grants, in part, Wenger's and the Government's motion to seal their briefs in support of Wenger's motion for an indicative ruling. They shall file redacted versions of their briefs that comport with the rulings in this Order.

**IT IS SO ORDERED**.

Dated: October 26, 2026

JEFFREY S. WHITE
United States District Judge